Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

FILED

MAR 16 2026

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _DOE_ _____DEPUTY

# UNITED STATES DISTRICT COURT

for the

Southern District of California

San Diego Division

Nicholas Ferguson
_____
Plaintiff(s)
(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)

-v-

-Core Civic OTAY MESA - Dr. Purviance
-Sergeant Rodil - Dr. Uche
Core Civic Warden Larose - L.T AYON
_____
Defendant(s)
(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names. Do not include addresses here.)

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No.    **'26 CV 1689 DMS MMP**

(to be filled in by the Clerk's Office)

Jury Trial: (check one)  ☒ Yes  ☐ No

# COMPLAINT FOR VIOLATION OF CIVIL RIGHTS

(Non-Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## I.    The Parties to This Complaint

### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

Name            Nicholas Ferguson
Address         OTAY Mesa SanDieg
                San Diego            CA      92173
                       *City*              *State*        *Zip Code*
County          San Diego
Telephone Number    619 - 565 - 4329
E-Mail Address

### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both.  Attach additional pages if needed.

Defendant No. 1
Name                    Warden Laruse
Job or Title *(if known)*    Core Civic Warden
Address                 7488 Cazada
                        San Diego            CA      92173
                               *City*              *State*        *Zip Code*
County                  San Diego
Telephone Number
E-Mail Address *(if known)*

☒ Individual capacity    ☒ Official capacity

Defendant No. 2
Name                    Rodil
Job or Title *(if known)*    Sergeant at Core Civic
Address
                               *City*              *State*        *Zip Code*
County                  San Diego
Telephone Number
E-Mail Address *(if known)*

☒ Individual capacity    ☒ Official capacity

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

Defendant No. 3

Name: Dr. Uche

Job or Title *(if known)*: Doctor

Address: San Diego    CA
City    State    Zip Code

County: San Diego

Telephone Number

E-Mail Address *(if known)*

☒ Individual capacity    ☒ Official capacity

Defendant No. 4

Name: Core Civic CORPORATION

Job or Title *(if known)*

Address: 7488 Cazada Del la fuente
San Diego    CA    92173
City    State    Zip Code

County: San Diego

Telephone Number

E-Mail Address *(if known)*

☒ Individual capacity    ☒ Official capacity

## II.    Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.    Are you bringing suit against *(check all that apply)*:

☒ Federal officials (a *Bivens* claim)

☒ State or local officials (a § 1983 claim)

B.    Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

— Due Process
— My 8th Amendment and 14th Amendments rights are being violated by multiple Core Civic Employees, Security and medical officials
life, liberty pursuit —Cruel and Unusual punishement —Denying proper medical Servies of hapiness Denying property

C.    Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

— 8th Amendment
— 14th Amendment
— Life liberty, pursuit of happiness.
— Denying me my property/ posession
— Due Process

Defendants List

5. 3 unnamed Correctional Officers
   I'm trying to discover names
   they are on video.
   ☒ Individual   ☒ official Capacity

6. Dr. Purviance

   ☒ Individual   ☒ Offical
      Capacity        Capacity

D.  Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.   SEE ATTACHED 'Section D

Core Civic Warden Laruse is the one in charge of all the decisions and is in charge of all the personel within the facility. I also told the Warden to his face at the committee that I was assaulted multiple times

## III.  Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.  Where did the events giving rise to your claim(s) occur?   Claim 1 : Assault by Sgt. Rodil
On 2-21-26 or 2-22-26 at around 6:00 PM in segregation. Unit D housing Cell 113. outside in hallway.

B.  What date and approximate time did the events giving rise to your claim(s) occur?
2-21-26 or 2-22-24 at around 5 pm – 10 pm

C.  What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

I was assaulted by Srg Rodil. I was slammed into the wall then I was slammed into the floor. Injuring my Jaw causing nerve damage. The people/officers around and CCTV witnessed the assault.

Case 3:26-cv-01689-DMS-MMP   Document 1   Filed 03/16/26   PageID.6   Page 6 of 20

shoulders at me. A Sergeant Rodil assaulted me when he escorted me out of me cell handcuffed. I looked back to tell him he was twisting my wrist causing me serious pain then he saw fit to throw me into the wall severely hitting my jaw and forehead causing nerve damage (This is what a dentist told me that x-Rayed and examined me) and a large bumb on my forehead which I should have been watched overnighted to see if I had brain damage. which didn't because their is a serious lack of proper medical proceedures in place. The Sergeant also threw me into the floor as seen on CCTV. The Date and Approximate times are. 2-21-26 2-22-26 6-10PM I never struggled and was completely comphant. as seen on CCTV.

3 Officers on _____ (I am having a hard time getting information from officials Like the Warden, Unit Mansges etc) violated their own core civic polocy and open my cell door without first handcuffing me. A serious violation of core civic proceedure and started threatening my life and harm to my body, by saying " Please come close and do somethm we'll beat your ass then choke your ass ... dead! Im in fear but at the same time Im thinkins if you cuffed me I wouldn't be a threat. the officiers grabed a food trey then closed my cell door laughing as seen on CCTV on ⟨3-5-26⟩ ⟨On around 6:00 pm⟩ As seen on CCTV LT ayon was antogonizing me cursing me and reached through the feeding slot multiple times hitting me once in the leg causing a large bruise. Officers are not supposed to be reaching in the feeding slots according to security proceedure and are not supposed to assault inmates.

On 3-5-26 around 7:30PM I was forced to take an X-Ray of my stomach under threat of physical violence by officers. Officer lied and said that I stuck something up my anus making sexual comments while laughing at me and now you're going to hate it your going to the dry cell. I believe they did this because they know it is very uncomfortable staying in the dry cell for weeks while officers watch you deficating while you are huncuffed and they search through your feces. But they also fored me to take a X-Ray by implying they would make me. I do not at this time know the names of the officers but it's in the paper of the facility this happened on 3-5-26 7:30PM - 11:30 PM

Pg. 2

upon my arrival at Core Civic I was made to sign and agree ~~xxxxxxxx~~ to a contract in order to continue recieving my medication Saboxone 8 mg. I had to agree to let them crush my medication and then they would float the medication in a full cup of 8 oz of water sometimes 12 oz of water then they mixed in the water with 2 wooden coffee sticks then I was made to drink it.

This is against my previous prescibed way of taking the medication and it is against what all Doctors prescribe and what the manufacture lays out as the correct and only way to take 8mg Saboxone in Pill form. The directions (manufactures) specifically say that you cannot drink it! The medication must/shall be absorbed under the tongue for 15 to 20 min because if you do not do this it will not work causing severe withdrawls. I've been made to take it this way for th last 4 weeks. I have put it through the grievance Process but it can take another 2 weeks if officials abide by the deadlines I have been in severe pain of withdrawl because Core Civic officials Pressure the institutions medical Doctors to write an illegal prescribed way of taking the medication. I have never tried to divert my medication and yet Core Civ officials its Warden <u>Larose</u> and it's medical Doctors conspire to force inmates to take medicat-against manufactures directions all to take away my constitution rights to be free from Cruel and Unusual Punishment and to ge proper medical treatment and medication

Names of individual staff who acted under color of
• Core Civic Warden Larose     • Sgt. Rodil     • LT Ayon

• MAT. Doctor Uche        • MAT. Doctor Purviance

Section D Continued
page 3

Core Civic and its officals denied me
my rights by taking without my permission
or without a court order $300.00 for
restitution they say I owe; by their own
decree. They site Core Civic policy
which has no force in Law.
    They decree the theft of me and my
families monies is allowed because they
say so and because I supposedly owe
restitution. They are denying my rights
to due process, 8th Amendment, 14th.
amendment, life liberty pursuit of happiness
and property.

Continued in statement of Claims

Claim #1

A. Date 2-21-26 or 2-22-26 6-10pm

B. This occured within the Core Civic Otay Mesa facility. Segregation D unit in the Hallway. CCTV Recorded

C. I was assaulted by Sgt. Rodil. I was thrown into the wall then I was thrown onto the floor. The whole time he was twisting my wrist when he landed on me, my left hand specifically my pinky finger felt broke. I never did get an X-Ray even though the nurse practitioner ordered it. My jaw was injured the denist said it was most likely nerve damage I'm currently waiting to see a specialist even though I'm in serious pain all day and I've let medical staff and officials know this. CCTV Recorded this

Continued

III

Statement
of
Claims

Claim #2

A. On 2-18-26 this happened in Core Civic OTAY
Mesa in M.A.T Dr _____ office

B. This happened on 2-18-26 and continues
to happen everday I take my medication

C. Improper, Inadaquate medical treatment, Cruel
and unusual treatment/punishment. I was forced to sign a contract
to continue recieving my medication. As a result medial staff went
against proper proceedure. Staff crushed and floated my medication in
12 oz of water and I was made to drink medication. As a result
the medication didn't work properly and I went through am still
going through severe withdrawls.
        Medical staff Under pressure and orders from Core Civic
officials and warden go against Manufacturer's Direction. and my
Previous Doctor's prescriptions for the past 3 years.
        Manufacturers Direction Say's you must/shall put pill
under your tongue in order for the medication to work.

        — MAT Doctors and nurses following Doctors orders

Continued
The Statement of Claims

3 of 6

Claim #3

A. This happened within the walls of Core Civic Otay Mesa. Segregation 'D' unit as seen on CCTV.

B. 3-5-26 around 6:00 PM

C. As seen on CC.T.V L.T. AYON was antogonizing me cursing me and punching through the feeding slot. He did this multiple times and one of the times he hit me in the leg causing a large bruise. officers are not supposed to reach inside feeding slots according to security proceedure and assaulting inmates. As the days pass I'm having anxiety attacks wondering if L.T. Ayon might get violent with me and assault me.

Continued
Statement
of
Claims

Claim #4

A. This occured at Paradise Valley ~~Hospital~~ Hospital. I believe this is in National City

B. On 3-5-26 between the Hrs of 6:30pm -12:00 Midnight.

C. L.T. Ayon (this was the name officers gave me) and others Lied and said that I had stuck something in my anus making sexual comments while laughing at me and they said that I'm going to the dry cell and that I'd hate it. They know this is a punishment. But then they said I was going to take an X-Ray implying they would force me.

I was forced to take an X-Ray without a court order. For By Cheif of Security and other officers I don't know the name of. The C.O.S was Torres I think.

Nothing was found.

Continued

Statement
of
Claims

Claim #5

A. Core Civic OTAY MESA

B. From 2-18-26 to Prsent

C. Warden Larose and the Core Civic Corporation had Authority over everything and allowed the previous 4 claims occure and condoned it.

Continued
III
Statement
of
Claims

Claim #6

A.  This happened in Core Civic facility in Segregation D unit on top tier.

B.  I am currently trying to get information from officials. They will not give me dates.   But I know it was between 2-21-26 ~~there~~ Through 3-5-26 it happened around 6pm — 10 pm

C.  3 officers on _____ as seen on CCTV opened my door in segregation without cuffing me (again Core Civic Policy) and threatened me with violence and to "choke me out" if I came towards them!

Statement of Claims

Claim #7

A. Core Civic O Tay Mesa

B. 2-26-26 - Present

d. Theft of my money from a trust account Core Civic O Tay Mesa set up for me automatically. Core Civic and it Officials took money my family sent me and money that transfered with me from another facility. This was a little under $300.00. They say I supposedly owe Core Civic restitution by decree. This is not Lawful and not court ordered. This is a violation of my due process rights.
A multi-million dollar Corporation steeling from the poor! As usual.
That money came at a great cost to my family out of love. I love my family more than my life and Core Civic believes they can take as they will at the same time. assault me, cut off all phone communication, isolate me, take all my privileges and then make me beg for a few stamps so I can mail this petition! I'm glad they don't know what the stamps are for because it wouldn't be getting read right now.

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## IV.    Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

Claim #1    I was slammed into the wall and I was slammed into the floor by ore Civic Sergeant they have not given me the names of gaurds involved. I had a large lump on my forehead a bruise on my jaw an injured shoulder. I complained for a week until finally the nurse saw me. Then I was refered to the Doctor/Dentist She took an X-Ray of my jaw and she said I might have nerve damage because I have severe pain when I eat. Sharp and dull pain and really severe headaches after I eat that persists for a couple of hours until they subside but the sharp and dull pain continue through out the day when I eat or talk. As of this moment I am waiting to see the oral surgeon.

Claim #2    I was forced to sign a contract to recieve my medication saboxone. If I didn't sign I was told by the Doctor I wouldn't rec

## V.    Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged.  Explain the basis for these claims.

I am asking for $100,000 in actual damages.    This is for any costs I may need for the unforseen future for medical bills

I am asking for $14,000,000 in punitive Damages for pain and suffering, torture, withdrawals, anxiety fear, Nerve Damage, broken hand etc.

Page 5 of 6

iv.
injuries

Claim #2 Injuries:

Continued... Recieve my medication. Ive been going thru withdrawls very severe at times and loss sleep and other symptoms associated with withdrawals.

Claim #3 Injuries:

Assault by LT. Ayon I was hit in my leg. Recieved large Bruise/Lump

Claim #4 Injuries:

Forced to take X-Ray. I was told, "you're going to X-Ray"! Many different way's of implying violence.

Claim #5 Injuries:

Core Civic Corporation and Warden Larose was aware and allowed the above to happen.

Claim #6 Injuries:

Continued abuse and violation of my rights.

Claim #7 Injuries:

Loss of my $300.00

## VI.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:    3 - 11 - 26

Signature of Plaintiff

Printed Name of Plaintiff    *Nicholas Ferguson*

### B.    For Attorneys

Date of signing:    _____

Signature of Attorney    _____

Printed Name of Attorney    _____

Bar Number    _____

Name of Law Firm    _____

Address    _____

|  | City | State | Zip Code |

Telephone Number    _____

E-mail Address    _____



Nicholas J Ferguson #Reg 24645298
Otay Mesa Detention Center
P.O. Box 439049
San Diego, CA 92143-9049

P.O.D 'D'

ATT: Clerk of the Court
221 West Broadway
San Diego, CA 92101

Legal Mail

US POSTAGE
$002.72

Legal Mail